FILED *April 17, 2017*
*[signature]*
DY. CLERK OF COURT

D

**CAMERON GAMBLE**                    CIVIL DOCKET NO. 2019-0001190

**VERSUS**

**RENAISSANCE GROUP;**
**RENAISSANCE GROUP, INC.;**          **21ST JUDICIAL DISTRICT COURT**
**RENAISSANCE, INC.;**
**CHARLIE LUSCO;**
**JONAS ROBERTSON;**
**PETER TRAIGLE;**
**LANE FRANKS; and**
**RICHARD HOFFMAN;**                  **TANGIPAHOA PARISH, LOUISIANA**

---

**PETITION FOR DAMAGES AND TO**
**INSPECT PARTNERSHIP/CORPORATE RECORDS**

---

Plaintiff, Cameron Gamble (Gamble), files this Original Petition against

defendants, Renaissance Group; Renaissance Group, Inc.; Renaissance, Inc.; Charlie

Lusco; Jonas Robertson; Peter Traigle; Lane Franks and Richard Hoffman (collectively

"Defendants") and in support thereof respectfully show the Court as follows:

**PARTIES**

I.

The parties in this matter are:

a.   Plaintiff is a resident of Wilmington, North Carolina.

b.   **Renaissance Group** is a Louisiana Partnership who may be served with
     process through Jonas Robertson at 2301 Par 3 Drive, Harvey, Louisiana
     70058;

c.   **Renaissance Group, Inc.**, a corporation and/or partnership who transacts
     business in the State of Louisiana, who may be served with process by
     serving its director, Jonas Robertson at 2301 Par 3 Drive, Harvey, Louisiana
     70058;

d.   **Renaissance, Inc.** is a foreign corporation who transacts business in the State
     of Louisiana who may be served with process by serving its director, Jonas
     Robertson, at 2301 Par 3 Drive, Harvey, Louisiana 70058

e.   **Charlie Lusco**, a person of the full age of majority and a citizen of the State
     of Louisiana who may be served at 1820 L&A Road, Metairie, Louisiana
     70001;

f.   **Jonas Robertson**, a person of the full age of majority and a domiciliary of
     Jefferson Parish, Louisiana and Chairman of the Board (COB) of
     Renaissance Group, Inc., who may be served at 2301 Par 3 Drive, Harvey,
     Louisiana 70058;

MORROW, MORROW,
RYAN, BASSETT & HAIK
324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ABBEVILLE 337-736-5660
toll free 800-356-6776
fax 337-942-5234
www.morrowlawfirm.com

EXHIBIT
**A**

SCAN
VFB

g.   **Peter Traigle**, a person of the full age of majority and a citizen of the State of Louisiana who may be served at 111 Doctor Bowen Street, Belle Chase, Louisiana 70037;

h.   **Lane Franks**, a person of the full age of majority and a resident of Phoenix, Arizona who may be served through the Long Arm Statute at 10851 North Black Canyon Highway, Suite 540, Phoenix, Arizona 85029;

i.   **Richard Hoffman**, a person of the full age of majority who may be served at 1941 E. Crocus Dr., Phoenix, Arizona 85022-4513

who are justly and truly indebted unto your petitioner for such amount as is reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings for the following reasons, to-wit:

## VENUE AND JURISDICTION

2.

Venue is proper because defendants, Renaissance Group; Renaissance Group, Inc. and Renaissance, Inc. all conduct business at their headquarters located at 42235 Happywoods Road, Hammond, Louisiana. This Court has both personal and general jurisdiction. The causes of actions asserted herein arise out of transactions and decisions made in the State of Louisiana. Defendants have a corporate headquarters located at 42235 Happywoods Road, Hammond, Louisiana and conduct business in Louisiana from this location through its employees. Directors and employees of defendants have contacts with Louisiana that are continuous and systematic.

## FACTS

3.

Plaintiff first became familiar with defendants in the fall of 2017. Plaintiff is a former member of the United States Military with extensive training in security procedures. In the fall of 2017, plaintiff did a security assessment for defendants on mining concessions in Liberia.

4.

Defendants were pleased with the security assessment done by plaintiff and asked plaintiff if he had any background in the timber industry since defendants had a number of timber concessions in Liberia. Plaintiff informed defendants that he and his extended family had extensive experience in the timber industry for many years.



MORROW, MORROW,
RYAN, BASSETT & HAIK
324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ALEXANDRIA 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mrrubblawoffice.com

2

5.

Upon learning that plaintiff had extensive experience in the timber industry, defendants hired plaintiff to find buyers for the Liberian timber concessions. At defendants' request, plaintiff prepared a cost analysis for logging operations in Liberia.

6.

In addition to doing the cost analysis, plaintiff performed other important work for defendants. Plaintiff:

a.   Brought timber concessions to important companies and obtained necessary certifications. He researched the world markets for different types of timber. He secured buyers for timber in the European and South Asian markets.

b.   Met with shipping companies to determine pricing, scheduling and routes of shipments.

c.   Plaintiff established relationships to unionize all Liberian workers to comply with international labor laws.

d.   Plaintiff determined the necessary equipment for timber operations and road building.

e.   Plaintiff secured experienced mill workers to train potential Liberian mill workers to establish and operate a proposed sawmill.

7.

On December 7, 2017, plaintiff proposed that he be made a long-term partner and owners with defendants. In exchange for a full ownership interest with the defendant entities, plaintiff proposed being the boots on the ground and the Director of Operations in Liberia.

8.

Defendants, Charlie Lusco, Jonas Robertson, Peter Traigle, Lane Franks and Richard Hoffman, are partners in Renaissance Group and are directors, officers and shareholders in Renaissance Group, Inc. and Renaissance, Inc.

9.

On December 18, 2017, defendants agreed to make plaintiff a full partner and equity owner in the defendant entities. Defendants filed Articles of Incorporation in Liberia listing plaintiff as an equity owner. Based on these agreements, plaintiff undertook efforts to make defendants' operations in Liberia both profitable and successful. As a result of

3

MORROW, MORROW
RYAN, BASSETT & HAIK
324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Abbeville 337-734-5680
toll free 800-356-6776
fax 337-942-5234
www.morrowlawoffice.com

work done by plaintiff, defendants' operations have been brought to a position of profitability.

### 10.

Since fulfilling his commitment to become an equity owner in defendants' entities, defendants have taken actions to deprive plaintiff of his rights as a partner and/or shareholder in these entities. Defendants have informed plaintiff that he is not a partner and/or shareholder in any of the defendant entities. Defendants have refused to provide partnership records and corporate records to plaintiff. Defendants have denied that a partnership ever existed despite documents exchanged by the parties to the contrary.

## CAUSES OF ACTION

### THE ACTIONS OF DEFENDANTS ARE IN VIOLATION OF LOUISIANA PARTNERSHIP LAWS

### 11.

Defendants are liable for the following acts and/or omissions by defendants:

a.   Wrongfully terminating plaintiff's ownership interest in the partnership and re-allocating plaintiff's ownership interest to themselves;

b.   Breaching their fiduciary duties by failing to act fairly and in utmost good faith in their dealings with plaintiff, including attempting to shutout plaintiff from the Renaissance business operations. This conduct also violates defendants' fiduciary duties to plaintiff, including the duty of good faith, fair dealing and refraining from self-dealing;

c.   Wrongfully denying the existence of a partnership; and

d.   Failing to permit plaintiff to inspect the partnership books and records of the partnership.

### 12.

Plaintiff is entitled to the fair value of his interest in the partnership due to the wrongful termination of his ownership interest by defendants.

### THE ACTIONS OF DEFENDANTS ARE IN VIOLATION OF APPLICABLE LAW ON CORPORATIONS

### 13.

Defendants are liable for the following acts or omissions:

a.   Wrongfully terminating plaintiff's ownership interest in defendants' corporate entities and re-allocating plaintiff's ownership interest to themselves;



MORROW, MORROW
RYAN, BASSETT & HAIK
324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Abbeville 337-754-5669
toll free 800-356-6776
fax 337-942-5234
www.morrowlawfirm.com

4

b.   Breach of fiduciary duties including the duty of good faith, fair dealing and to refrain from self-dealing;

c.   The breach of fiduciary duties by the defendant directors, officers and shareholders has resulted in direct damages to plaintiff and not the corporation;

d.   The breach of fiduciary duties by the defendants caused a direct material adverse impact on plaintiff and not the corporation and shareholders;

e.   Wrongful termination of plaintiff's employment;

f.   Denial of access to information;

g.   Refusal to pay plaintiff's proportionate share of corporate profits.

14.

Plaintiff is entitled to the fair value of his ownership interest in the defendant corporate entities due to the wrongful termination of his interest by defendants.

15.

Alternatively and only in the event that it is found that defendants did not wrongfully terminate plaintiff's interest in the defendant corporate entities, then plaintiff hereby withdraws from the defendant corporate entities on the ground of oppression. The acts of oppression are set forth above. Additionally, defendants have wrongfully and maliciously accused plaintiff of embezzlement and misuse of company funds.

16.

As a withdrawing shareholder, plaintiff is entitled to the fair value of his interests in the defendant corporate entities due to the forced withdrawal caused by the oppressive actions of defendants.

### LOUISIANA UNFAIR TRADE PRACTICES ACT AND UNJUST ENRICHMENT

17.

The egregious acts described above also render the defendants liable for violations of the Louisiana Unfair Trade Practices Act (LUTPA) and unjust enrichment.

18.

Plaintiff further seeks damages for mental anguish and damages that are just and reasonable in the premises; penalties and attorneys fees; legal interest for all sums from



MORROW MORROW
RYAN, BASSETT & HAIK

324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Abbeville 337-754-5660
toll free 800-356-6776
fax 337-942-5234
www.morrowlawoffice.com

date of judicial demand until paid in full; all costs of these proceedings; and any other relief to which plaintiff may be entitled.

19.

Plaintiff is entitled to and hereby requests trial by jury.

**WHEREFORE, PLAINTIFF, CAMERON GAMBLE, PRAYS:**

1.     That the defendants, Renaissance Group, Renaissance Group, Inc., Renaissance, Inc., Charlie Lusco, Jonas Robertson, Peter Traigle, Lane Franks and Richard Hoffman, be served with a copy of this petition and duly cited to answer same, and that after all legal delays and due proceedings had, there be judgment herein in favor of plaintiff, Cameron Gamble, and against the defendants, Renaissance Group, Renaissance Group, Inc., Renaissance, Inc., Charlie Lusco, Jonas Robertson, Peter Traigle, Lane Franks and Richard Hoffman, for damages that are reasonable in the premises, together with legal interest from date of judicial demand, all penalties and attorney fees as provided by law, as well as all costs of these proceedings.

2.   For any and all general and equitable relief that may be afforded by this Honorable Court and the laws of the State of Louisiana.

3.   For trial by jury.

RESPECTFULLY SUBMITTED:

**MORROW, MORROW, RYAN, BASSETT & HAIK**

JAMES P. RYAN (#11560)
P. CRAIG MORROW (#23536)
Post Office Drawer 1787
Opelousas, LA 70571-1787
Telephone: (337) 948-4483
Fax: (337) 942-5234
craigm@mmrblaw.com
jamesr@mmrblaw.com

**ANDERSON, BOUTWELL, TRAYLOR**
J. THOMAS ANDERSON (#2464)
607 W. Morris Avenue
Hammond, LA 70403
Telephone: (985) 796-2245
tom@abjustice.com

MORROW, MORROW,
RYAN, BASSETT & HAIK
324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ANNALWELLS 337-756-5663
toll free 800-356-6776
fax 337-942-5234
www.morrblawoffice.com

6

Case Number: 2019-0001190 Transaction Date: 4/17/2019 Seq: 51 Page Sequence: 6

FILED *April 17, 2019*

*[signature]*
DY. CLERK OF COURT

**CAMERON GAMBLE**

CIVIL DOCKET NO. 2019-0001190

**VERSUS**

**RENAISSANCE GROUP;**
**RENAISSANCE GROUP, INC.;**
**RENAISSANCE, INC.;**
**CHARLIE LUSCO;**
**JONAS ROBERTSON;**
**PETER TRAIGLE;**
**LANE FRANKS; and**
**RICHARD HOFFMAN;**

21ST JUDICIAL DISTRICT COURT

TANGIPAHOA PARISH, LOUISIANA

---

### REQUEST FOR NOTICE OF DATE OF TRIAL, ETC.

TO THE CLERK OF COURT of the Twenty-First (21st) Judicial District Court in and for the Parish of Tangipahoa, Louisiana;

PLEASE TAKE NOTICE that MORROW, MORROW, RYAN, BASSETT & HAIK, Attorneys for Plaintiff, do hereby request written notice of the date of trial of the above matter, as well as notice of hearings (whether on merits or otherwise), orders, judgments and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of Court, as provided in Louisiana Code of Civil Procedure, of 1960, particularly Articles 1572, 1913 and 1914.

RESPECTFULLY SUBMITTED:

MORROW, MORROW, RYAN, BASSETT & HAIK

*[signature]*

JAMES P. RYAN (#11560)
P. CRAIG MORROW (#23536)
Post Office Drawer 1787
Opelousas, LA 70571-1787
Telephone: (337) 948-4483
Fax: (337) 942-5234
craigm@mmrblaw.com
jamesr@mmrblaw.com

**ANDERSON, BOUTWELL, TRAYLOR**
J. THOMAS ANDERSON (#2464)
607 W. Morris Avenue
Hammond, LA 70403
Telephone: (985) 796-2245
tom@abjustice.com

MORROW, MORROW
RYAN, BASSETT & HAIK

326 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Abbeville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrblawoffice.com

8

**EDWARDS & STEVENS**
**BRADLEY A. STEVENS (#30076)**
Post Office Box 974
Amite, LA  70422
Telephone:  (985) 747-1088
Fax:  (985-747-1086
brad@edwardsandstevens.com



MORROW, MORROW,
RYAN, BASSETT & HAIK,
524 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Alexandria 337-734-5660
toll free 800-356-6776
fax 337-942-5234
www.mmrbhlawoffice.com

9

PATRICK C. MORROW
J. MICHAEL MORROW (1946-1983)
JAMES P. RYAN
JEFFREY M. BASSETT
P. CRAIG MORROW
RICHARD T. HAIK, JR.
TAYLOR J. BASSETT
KATHLEEN E. RYAN
WILLIAM L. RYAN

RICHARD T. HAIK, SR., OF COUNSEL
FORMER FEDERAL AND STATE JUDGE

## MORROW, MORROW, RYAN, BASSETT & HAIK
### PERSONAL INJURY / MARITIME LAW

324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
LAFAYETTE 337-806-9125
NEW IBERIA 337-256-8562
ARNAUDVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
WWW.MMRBHLAW.COM

April 16, 2019

*Via Federal Express*
*8113 0550 2197*

Bradley A. Stevens
Edwards & Stevens Law Firm
P. O. Box 974
Amite, LA 70422

RE:   Cameron Gamble

Dear Brad:

I have enclosed the documents for filing in the Cameron Gamble matter, as follows:

1.   Petition for Damages and to Inspect Partnership/Corporate Records to be filed, along with service copies;

2.   Discovery to each defendant to be served with the Petition;

3.   Appropriate checks for filing/service;

4.   Extra copy of the Petition and Discovery to be filed stamped and returned to me.

Should you have any questions or concerns, please do not hesitate to contact me.

Thanking you and with kind regards, we are

Sincerely yours,

MORROW, MORROW, RYAN, BASSETT & HAIK

P. Craig Morrow

PCM:kn
Enclosure

Case Number: 2019-0001190 Transaction Date: 4/17/2019 Seq: 51 Page Sequence: 10

## CITATION

**CAMERON GAMBLE**

*Versus*

*RENAISSANCE GROUP, ET AL*

*Case: 2019-0001190*
*Division: D*
*21st Judicial District Court*
*Parish of Tangipahoa*
*State of Louisiana*

VFB

To:  RENAISSANCE GROUP
     THRU JONAS ROBERTSON
     2301 PAR 3 DRIVE
     HARVEY, LA  70058

     Parish of JEFFERSON

   **YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

   This service was ordered by attorney P CRAIG MORROW and was issued by the Clerk of Court on April 17, 2019.

Pleading Served

PETITION FOR DAMAGES AND/RO INSPECT PARTNERSHIP/CORPORATE RECORDS/PLATINTIFF'S FIRST SET OF WRITTEN DISCOVERY TO DEFENDANT RENAISSANCE GROUP

*Vana Baile*
_____
Deputy Clerk of Court for
Gary T. Stanga, Clerk of Court

### Service Information

*Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above named party as follows:*

**Personal Service** *on the party herein named _____.*

**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____.

*Returned:*
*Parish of _____ this _____ day of _____, 20_____.*

Service   $_____

Mileage   $_____          By: _____
                                    Deputy Sheriff
Total     $_____

FOOTERAREA

11

Page 2 of 13

## CITATION

CAMERON GAMBLE

Versus

RENAISSANCE GROUP, ET AL.

Case: 2019-0001190
Division: D
21ˢᵗ Judicial District Court
Parish of Tangipahoa
State of Louisiana

VFB

To:   RENAISSANCE GROUP
      THRU JONAS ROBERTSON
      2301 PAR 3 DRIVE
      HARVEY, LA 70058

**OUTSIDE PARISH**
Amt. Paid for Service $ 30.00
Jefferson Parish Sheriff's Office

Parish of JEFFERSON

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney P CRAIG MORROW and was issued by the Clerk of Court on April 17, 2019.

Pleading Served

PETITION FOR DAMAGES AND/RO INSPECT PARTNERSHIP/CORPORATE RECORDS/PLATINTIFF'S
FIRST SET OF WRITTEN DISCOVERY TO DEFENDANT RENAISSANCE GROUP

_Vana Bailey_

Deputy Clerk of Court for
Gary T. Stanga, Clerk of Court

### Service Information

Received on the _____ day of _____ APR 23 2019 20____ and on the _____ day
APR 23 2019 , 20____ served the above named party as follows:

Personal Service on the party herein named ___ JONAS ROBERTSON

Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

DUE & DILIGENT UNABLE TO SERVE BECAUSE:_____

Returned:
Parish of ___ JEFFERSON _____ this _____ day of _____ APR 23 2019 , 20____

| Service | $ | | |
| Mileage | $ | By: _____ Deputy Sheriff | liven |
| Total | $ | | |

**PREPAID**

SCANNEL
MW
[ ORIGINAL ]

12

## *CITATION*

*CAMERON GAMBLE*

*Versus*

*RENAISSANCE GROUP, ET AL*

*Case: 2019-0001190*
*Division: D*
*21st Judicial District Court*
*Parish of Tangipahoa*
*State of Louisiana*

*VFB*

To:   *RENAISSANCE GROUP  INC*
      *THRU JONAS ROBERTSON*
      *2301 PAR 3 DRIVE*
      *HARVEY, LA  70058*


      *Parish of JEFFERSON*

   **YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

   This service was ordered by attorney P CRAIG MORROW and was issued by the Clerk of Court on April 17, 2019.

Pleading Served

PETITION FOR DAMAGES AND/RO INSPECT PARTNERSHIP/CORPORATE  RECORDS/PLATINTIFF'S FIRST SET OF WRITTEN DISCOVERY TO DEFENDANT RENAISSANCE GROUP INC

*Vana Baile*
_____
*Deputy Clerk of Court for*
*Gary T. Stanga, Clerk of Court*

---

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of
_____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:**_____.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service    $_____
                              By: _____
Mileage    $_____            *Deputy Sheriff*

Total      $_____

FOOTERAREA

**CITATION**

CAMERON GAMBLE

Versus

RENAISSANCE GROUP, ET AL

Case: 2019-0001190
Division: D
21ˢᵗ Judicial District Court
Parish of Tangipahoa
State of Louisiana

VFB

To: RENAISSANCE GROUP INC
THRU JONAS ROBERTSON
2301 PAR 3 DRIVE
HARVEY, LA 70058

**OUTSIDE PARISH**

Amt. Paid for Service $ 30 · 0°

Jefferson Parish Sheriff's Office

Parish of JEFFERSON

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney P CRAIG MORROW and was issued by the Clerk of Court on April 17, 2019.

Pleading Served

PETITION FOR DAMAGES AND/RO INSPECT PARTNERSHIP/CORPORATE RECORDS/PLATINTIFF'S FIRST SET OF WRITTEN DISCOVERY TO DEFENDANT RENAISSANCE GROUP INC

Deputy Clerk of Court for
Gary T. Stanga, Clerk of Court

*Service Information*

Received on the _____ day of ___APR 2 3 2019___ , 20 ____ and on the _____ day of
___APR 2 3 2019___ , 20 ____ served the above named party as follows:

Personal Service on the party herein named ___JONAS ROBERTSON___

Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

DUE & DILIGENT UNABLE TO SERVE BECAUSE: _____

Returned:
Parish of ___JEFFERSON___ _____ this _____ day of _____ APR 2 3 2019 20 ____

Service    $ _____

Mileage    $ _____     By: _____ 116621
                               Deputy Sheriff

Total      $ _____

PREPAID

SCANNED
MW

[ ORIGINAL ]

14

## *CITATION*

*CAMERON GAMBLE*

*Versus*

*RENAISSANCE GROUP, ET AL*

*Case: 2019-0001190*
*Division: D*
*21ˢᵗ Judicial District Court*
*Parish of Tangipahoa*
*State of Louisiana*

VFB

To: *RENAISSANCE INC*
    *THRU JONAS ROBERTSON*
    *2301 PAR 3 DRIVE*
    *HARVEY, LA 70058*

    *Parish of JEFFERSON*

   **YOU ARE HEREBY SUMMONED** *to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.*

   *This service was ordered by attorney P CRAIG MORROW and was issued by the Clerk of Court on April 17, 2019.*

*Pleading Served*

*PETITION FOR DAMAGES AND/RO INSPECT PARTNERSHIP/CORPORATE RECORDS/PLATINTIFF'S FIRST SET OF WRITTEN DISCOVERY TO DEFENDANT RENAISSANCE INC*

*Vana Baile,*

Deputy Clerk of Court for
Gary T. Stanga, Clerk of Court

### Service Information

*Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20____ served the above named party as follows:*

**Personal Service** *on the party herein named _____.*

**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of_____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:**_____.

| Returned: | | | | |
|---|---|---|---|---|
| Parish of _____ | | this _____ day of _____ | , 20____. |

| | | | |
|---|---|---|---|
| Service | $_____ | | |
| | | By: _____ | |
| Mileage | $_____ | Deputy Sheriff | |
| Total | $_____ | | |

FOOTERAREA

15

Page 10 of 553

## CITATION

CAMERON GAMBLE

Versus

RENAISSANCE GROUP, ET AL

Case: 2019-0001190
Division: D
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

VFB

To:  RENAISSANCE INC
     THRU JONAS ROBERTSON
     2301 PAR 3 DRIVE
     HARVEY, LA 70058

**OUTSIDE PARISH**
Amt. Paid for Service $ 20.00
Jefferson Parish Sheriff's Office

Parish of JEFFERSON

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney P CRAIG MORROW and was issued by the Clerk of Court on April 17, 2019.

Pleading Served

PETITION FOR DAMAGES AND/RO INSPECT PARTNERSHIP/CORPORATE RECORDS/PLATINTIFF'S FIRST SET OF WRITTEN DISCOVERY TO DEFENDANT RENAISSANCE INC

_Vama Bailey_

Deputy Clerk of Court for
Gary T. Stanga, Clerk of Court

Tangipahoa Parish
Clerk of Court
2019 MAY 29 PR 3: 10

### Service Information

Received on the _____ day of ____ **APR 23 2019** , 20____ and on the _____ day of ____

**APR 23 2019** , 20____ served the above named party as follows:

_Personal Service_ on the party herein named ____ JONAS ROBERTSON

Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

DUE & DILIGENT UNABLE TO SERVE BECAUSE: _____

Returned:
Parish of ___ JEFFERSON _____ this _____ day of ____ **APR 23 2019** , 20____.

Service    $_____

Mileage   $_____

Total       $_____

By: _____ 11621
     Deputy Sheriff

PREPAID

**SCANNED**
**MW**   [ ORIGINAL ]

Case Number: 2019-0001190 Transaction Date: 4/17/2019 Seq: 32 Page Sequence: 1

## CITATION

*CAMERON GAMBLE*

*Versus*

*RENAISSANCE GROUP, ET AL*

*Case: 2019-0001190*
*Division: D*
*21st Judicial District Court*
*Parish of Tangipahoa*
*State of Louisiana*

VFB

To:   *CHARLIE  LUSCO*
       *1820 L&A ROAD*
       *METAIRIE, LA  70001*

*Parish of JEFFERSON*

**YOU ARE HEREBY SUMMONED** *to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.*

*This service was ordered by attorney P CRAIG MORROW and was issued by the Clerk of Court on April 17, 2019.*

**Pleading Served**

*PETITION FOR DAMAGES AND/RO INSPECT PARTNERSHIP/CORPORATE  RECORDS/PLATINTIFF'S FIRST SET OF WRITTEN DISCOVERY TO DEFENDANT CHARLIE LUSCO*

*Vana Baile*

Deputy Clerk of Court for
Gary T. Stanga, Clerk of Court

### Service Information

*Received on the* _____ *day of* _____ *, 20_____ and on the* _____ *day of*
_____ *, 20____ served the above named party as follows:*

**Personal Service** *on the party herein named* _____.

**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of* _____ *, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:**_____.

*Returned:*
*Parish of* _____ *this* _____ *day of* _____ *, 20____ .*

Service      $ _____

Mileage     $ _____

Total         $ _____

By: _____
            *Deputy Sheriff*

FOOTERAREA

17

Page 8 of 153

## *CITATION*

CAMERON GAMBLE

Versus

RENAISSANCE GROUP, ET AL.

Case: 2019-0001190
Division: D
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

VFB

To:   CHARLIE LUSCO
      1820 L&A ROAD
      METAIRIE, LA  70001

**OUTSIDE PARISH**
Amt. Paid for Service $ 30. 00

Jefferson Parish Sheriff's Office

Parish of JEFFERSON

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney P CRAIG MORROW and was issued by the Clerk of Court on April 17, 2019.

Pleading Served

PETITION FOR DAMAGES AND/RO INSPECT PARTNERSHIP/CORPORATE RECORDS/PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY TO DEFENDANT CHARLIE LUSCO

2019 APR 29 AM 8: 30
Tangipahoa Parish
Clerk of Court

*Vana Bailey*
Deputy Clerk of Court for
Gary T. Stanga, Clerk of Court

---

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of
_____, 20____ served the above named party as follows:

*Personal Service* on the party herein named _____

*Domiciliary Service* on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

*DUE & DILIGENT UNABLE TO SERVE BECAUSE:*_____

Returned:
Parish of _____ this _____ day of _____, 20____.

Service    $_____

Mileage    $_____

Total      $_____

By: _____
        Deputy Sheriff

**PREPAID**

**SCANNED**
**MW**        [ ORIGINAL ]

Case Number: 2019-0001190 Transaction Date: 4/17/2019 Seq: 28 Page Sequence: 1
4. 23. 15

DATE REC'D _4-23-19_ DATE RET'D _4-23-19_
DATE SERVED _____ 4-23-19
SERVICE AFFECTED OR REASON UNSERVED:
✓ PERSONAL · · · · DOMICILARY THRU _____
_____ THRU / OTHER _____
_____ NOT AT THIS ADDRESS PER · _____
_____ UNABLE TO SERVE AFTER MAKING _____ ATTEMPTS
_____ 109317
Deputy Sheriff of Jefferson Parish

Page 10 of 153

*CITATION*

| | | |
|---|---|---|
| CAMERON GAMBLE | | Case: 2019-0001190 |
| | | Division: D |
| Versus | | 21st Judicial District Court |
| | | Parish of Tangipahoa |
| RENAISSANCE GROUP, ET AL | | State of Louisiana |

VFB

To:  JONAS ROBERTSON
      2301 PAR 3 DRIVE
      HARVEY, LA 70058

**OUTSIDE PARISH**
Amt. Paid for Service $ 30.00
Jefferson Parish Sheriff's Office

Parish of JEFFERSON

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney P CRAIG MORROW and was issued by the Clerk of Court on April 17, 2019.

Pleading Served

PETITION FOR DAMAGES AND/RO INSPECT PARTNERSHIP/CORPORATE RECORDS/PLATINTIFF'S FIRST SET OF WRITTEN DISCOVERY TO DEFENDANT JONAS ROBERTSON

*Vana Bailey*
Deputy Clerk of Court for
Gary T. Stanga, Clerk of Court

---

**Service Information**

Received on the _____ day of _____ APR 23 2019 _____, 20_____ and on the _____ day of
_____ APR 23 2019 _____, 20_____ served the above named party as follows:

Personal Service on the party herein named   JONAS ROBERTSON

Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

DUE & DILIGENT UNABLE TO SERVE BECAUSE:_____

Returned:
Parish of _____ JEFFERSON _____ this _____ day of _____ APR 23 2019 _____, 20_____

Service    $ _____                        By: _____ uwzy
Mileage   $ _____                              Deputy Sheriff
Total      $ _____

**PREPAID**

**SCANNED**
**MW**   [ ORIGINAL ]

Case Number: 2019-0001190 Transaction Date: 4/17/2019 Seq: 25 Page Sequence: 1

20

## *CITATION*

**CAMERON GAMBLE**

*Versus*

**RENAISSANCE GROUP, ET AL**

*Case: 2019-0001190*
*Division: D*
*21st Judicial District Court*
*Parish of Tangipahoa*
*State of Louisiana*

*VFB*

To:  PETER  TRAIGLE
      *111 DOCTOR BOWEN STREET*
      *BELLE CHASE, LA  70037*

      Parish of PLAQUEMINES

**YOU ARE HEREBY SUMMONED** *to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.*

*This service was ordered by attorney P CRAIG MORROW and was issued by the Clerk of Court on April 17, 2019.*

**Pleading Served**

*PETITION FOR DAMAGES AND/RO INSPECT PARTNERSHIP/CORPORATE  RECORDS/PLATINTIFF'S FIRST SET OF WRITTEN DISCOVERY TO DEFENDANT PETER TRAIGLE*

*Vana Laile*

*Deputy Clerk of Court for*
*Gary T. Stanga, Clerk of Court*

---

**Service Information**

*Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20____ served the above named party as follows:*

**Personal Service** *on the party herein named _____.*

**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____.

| Returned:      |              |              |              |              |
|----------------|--------------|--------------|--------------|--------------|
| Parish of _____ | this _____ day of _____, 20_____. |

| Service | $_____ |
|---------|-------------|
| Mileage | $_____ |
| Total   | $_____ |

*By: _____*
*Deputy Sheriff*

Page 12 of 153

## RETURN

*CITATION*

**CAMERON GAMBLE**

*Versus*

**RENAISSANCE GROUP, ET AL.**

Case: 2019-0001190
Division: D
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

VFB

To: PETER TRAIGLE
111 DOCTOR BOWEN STREET
BELLE CHASSE, LA 70037

Parish of PLAQUEMINES

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney P CRAIG MORROW and was issued by the Clerk of Court on April 17, 2019.

*Pleading Served*

PETITION FOR DAMAGES AND/RO INSPECT PARTNERSHIP/CORPORATE RECORDS/PLATINTIFF'S FIRST SET OF WRITTEN DISCOVERY TO DEFENDANT PETER TRAIGLE

*Vana Bailey*

Deputy Clerk of Court for
Gary T. Stanga, Clerk of Court

---

### Service Information

Received on the _____ day of _____, 20 _____ and on the _____ day of _____, 20 _____ served the above named party as follows:

Personal Service on the party herein named _____

Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

DUE & DILIGENT UNABLE TO SERVE BECAUSE: _____

Returned:
Parish of _____   this _____ day of _____, 20 _____

Service     S._____
Mileage    S._____

SCANNED
MW    By:_____
ATTEMPT FOR SERVICE

Suit: 20190001190
PETER TRAIGLE
111DR BOWEN ST
BC LA
Person Served: No contact
Received: 04/23/2019
Deputy: LEDET

Cost:
Served: 04/25/2019 10:48am
Miles:   0.00 Type: 3ATT

| | DATE | TIME | |
|---|---|---|---|
| 1ST ATTEMPT | 4-23-19 | 1135 | |
| 2ND ATTEMPT | 4-24-19 | 1100 | |
| 3RD ATTEMPT | 4-25-19 | 10:14 AM | |

Return after 3 attempt of service

PAID-CHECK # 69516

PREPAID

Case Number: 2019-0001190 Transaction Date: 4/17/2019 Seq: 21 Page Sequence: 1

## CITATION – LONG ARM

CAMERON GAMBLE

Versus

RENAISSANCE GROUP, ET AL.

Case: 2019-0001190
Division: D
21ˢᵗ Judicial District Court
Parish of Tangipahoa
State of Louisiana

VFB

To:  LANE FRANKS
     THRU LOUISIANA LONG ARM STATUTE
     10851 NORTH BLACK CANYON HIGHWAY, STE 540
     PHOENIX, AZ  85029

     Parish of

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-first Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within 30 days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" hereof, under penalty of default.

This service was ordered by attorney P CRAIG MORROW and was issued by the Clerk of Court on April 17, 2019.

**Pleading Served**
PETITION FOR DAMAGES AND TO INSPECT PARTNERSHIP/CORPORATE RECORDS/PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY TO DEFENDANT, PETER TRAIGLE

*Dana Baily*
Deputy Clerk of Court for
Gary T. Stanga, Clerk of Court

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service    $_____

                          By: _____
Mileage    $_____         Deputy Sheriff

Total      $_____

FOOTERAREA

## CITATION – LONG ARM

CAMERON GAMBLE

Versus

RENAISSANCE GROUP, ET AL

Case: 2019-0001190
Division: D
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

VFB

To: RICHARD HOFFMAN
THRU LOUISIANA LONG ARM STATUTE
1941 W CROCUS DR
PHOENIX, AZ 85022-4513

Parish of

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-first Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within 30 days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" hereof, under penalty of default.

This service was ordered by attorney P CRAIG MORROW and was issued by the Clerk of Court on April 17, 2019.

Pleading Served
PETITION FOR DAMAGES AND TO INSPECT PARTNERSHIP/CORPORATE RECORDS/PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY TO DEFENDANT, RICHARD HOFFMAN

Vana Baile

Deputy Clerk of Court for
Gary T. Stanga, Clerk of Court

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above named party as follows:

**Personal Service** on the party herein named _____.

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service    $_____
                                By: _____
Mileage    $_____        Deputy Sheriff

Total      $_____

FOOTERAREA

24