## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CAMERON GAMBLE** | * | **CIVIL ACTION NO.:** |
| Plaintiff, | * | |
| **VERSUS** | * | **JUDGE:** |
| **RENAISSANCE GROUP;** | * | |
| **RENAISSANCE GROUP, INC.;** | * | **MAGISTRATE JUDGE:** |
| **RENAISSANCE, INC.;** | * | |
| **CHARLIE LUSCO;** | * | |
| **JONAS ROBERTSON;** | * | |
| **PETER TRAIGLE;** | * | |
| **LANE FRANKS; AND** | * | |
| **RICHARD HOFFMAN** | * | |
| Defendants. | * | |

## CONSENT TO REMOVAL

Defendant, Jonas Robertson, through undersigned counsel and with a full reservation of rights, including all defenses permitted by Rule 12 of the Federal Rules of Civil Procedure and all other jurisdictional, procedural, and venue defenses as well as defenses to the merits of this action, consents to removal of the civil action pending in the Twenty-First Judicial District Court, Parish of Tangipahoa, State of Louisiana, entitled "*Cameron Gamble v. Renaissance Group; Renaissance Group, Inc.; Renaissance, Inc.; Charlie Lusco; Jonas Robertson; Peter Traigle; Lane Franks and Richard Hoffman,*" Docket No. 2019-0001190, Section D, effected by defendant Charlie Lusco's filing of his Notice of Removal to the U.S. District Court for the

1

**EXHIBIT B**

Eastern District of Louisiana. Jonas Robertson submits this consent to removal in a limited capacity as an alleged corporate representative on behalf of Renaissance, Inc.[1]

Respectfully submitted,

_____
Jonas Robertson, individually
2301 Par 3 Drive
Harvey, Louisiana 70058
Phone: (504) 367-4000
Facsimile: (504) 367-6741
E-Mail: pastorjonasrobertson@yahoo.com

---

[1] Robertson hereby reserves all defenses relating to jurisdiction, service of process, venue, and any other defenses that may be available to him pursuant to the Louisiana Code of Civil Procedure and/or the Federal Rules of Civil Procedure. As described in Paragraph 8 of the Notice of Removal, none of the Renaissance Entities were formed or organized in the State of Louisiana. These entities were formed in Liberia, West Africa. The Louisiana Secretary of State's website does not show any of the defendant-Renaissance Entities as formed or registered to do business in Louisiana. Service on Robertson was not proper pursuant to La. C.C.P. arts. 737, 739 or 740.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CAMERON GAMBLE** | * | **CIVIL ACTION NO.:** |
| Plaintiff, | * | |
| **VERSUS** | * | **JUDGE:** |
| **RENAISSANCE GROUP;** | * | |
| **RENAISSANCE GROUP, INC.;** | * | **MAGISTRATE JUDGE:** |
| **RENAISSANCE, INC.;** | * | |
| **CHARLIE LUSCO;** | * | |
| **JONAS ROBERTSON;** | * | |
| **PETER TRAIGLE;** | * | |
| **LANE FRANKS; AND** | * | |
| **RICHARD HOFFMAN** | * | |
| Defendants. | * | |

## CONSENT TO REMOVAL

Defendant, Jonas Robertson, through undersigned counsel and with a full reservation of rights, including all defenses permitted by Rule 12 of the Federal Rules of Civil Procedure and all other jurisdictional, procedural, and venue defenses as well as defenses to the merits of this action, consents to removal of the civil action pending in the Twenty-First Judicial District Court, Parish of Tangipahoa, State of Louisiana, entitled "*Cameron Gamble v. Renaissance Group; Renaissance Group, Inc.; Renaissance, Inc.; Charlie Lusco; Jonas Robertson; Peter Traigle; Lane Franks and Richard Hoffman,*" Docket No. 2019-0001190, Section D, effected by defendant Charlie Lusco's filing of his Notice of Removal to the U.S. District Court for the Eastern District of Louisiana. Jonas Robertson submits this consent to removal on behalf of himself as an individual defendant.

1

Respectfully submitted,

_____
Jonas Robertson, individually
2301 Par-3 Drive
Harvey, Louisiana 70058
Phone: (504) 367-4000
Facsimile: (504) 367-6741
E-Mail: pastorjonasrobertson@yahoo.com

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAMERON GAMBLE | * | CIVIL ACTION NO.: |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| | * | |
| RENAISSANCE GROUP; | * | |
| RENAISSANCE GROUP, INC.; | * | MAGISTRATE JUDGE: |
| RENAISSANCE, INC.; | * | |
| CHARLIE LUSCO; | * | |
| JONAS ROBERTSON; | * | |
| PETER TRAIGLE; | * | |
| LANE FRANKS; AND | * | |
| RICHARD HOFFMAN | * | |
| | * | |
| Defendants. | * | |

## CONSENT TO REMOVAL

Defendant, Jonas Robertson, through undersigned counsel and with a full reservation of rights, including all defenses permitted by Rule 12 of the Federal Rules of Civil Procedure and all other jurisdictional, procedural, and venue defenses as well as defenses to the merits of this action, consents to removal of the civil action pending in the Twenty-First Judicial District Court, Parish of Tangipahoa, State of Louisiana, entitled "*Cameron Gamble v. Renaissance Group; Renaissance Group, Inc.; Renaissance, Inc.; Charlie Lusco; Jonas Robertson; Peter Traigle; Lane Franks and Richard Hoffman,*" Docket No. 2019-0001190, Section D, effected by defendant Charlie Lusco's filing of his Notice of Removal to the U.S. District Court for the

1

Eastern District of Louisiana. Jonas Robertson submits this consent to removal in a limited capacity as an alleged corporate representative on behalf of Renaissance Group.[1]

Respectfully submitted,

Jonas Robertson, individually
2301 Par 3 Drive
Harvey, Louisiana 70058
Phone: (504) 367-4000
Facsimile: (504) 367-6741
E-Mail: pastorjonasrobertson@yahoo.com

---

[1] Robertson hereby reserves all defenses relating to jurisdiction, service of process, venue, and any other defenses that may be available to him pursuant to the Louisiana Code of Civil Procedure and/or the Federal Rules of Civil Procedure. As described in Paragraph 8 of the Notice of Removal, none of the Renaissance Entities were formed or organized in the State of Louisiana. These entities were formed in Liberia, West Africa. The Louisiana Secretary of State's website does not show any of the defendant-Renaissance Entities as formed or registered to do business in Louisiana. Service on Robertson was not proper pursuant to La. C.C.P. arts. 737, 739 or 740.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CAMERON GAMBLE** | * | **CIVIL ACTION NO.:** |
| | * | |
| Plaintiff, | * | |
| | * | |
| **VERSUS** | * | **JUDGE:** |
| | * | |
| | * | |
| **RENAISSANCE GROUP;** | * | |
| **RENAISSANCE GROUP, INC.;** | * | **MAGISTRATE JUDGE:** |
| **RENAISSANCE, INC.;** | * | |
| **CHARLIE LUSCO;** | * | |
| **JONAS ROBERTSON;** | * | |
| **PETER TRAIGLE;** | * | |
| **LANE FRANKS; AND** | * | |
| **RICHARD HOFFMAN** | * | |
| | * | |
| Defendants. | * | |

## CONSENT TO REMOVAL

Defendant, Jonas Robertson, through undersigned counsel and with a full reservation of rights, including all defenses permitted by Rule 12 of the Federal Rules of Civil Procedure and all other jurisdictional, procedural, and venue defenses as well as defenses to the merits of this action, consents to removal of the civil action pending in the Twenty-First Judicial District Court, Parish of Tangipahoa, State of Louisiana, entitled "*Cameron Gamble v. Renaissance Group; Renaissance Group, Inc.; Renaissance, Inc.; Charlie Lusco; Jonas Robertson; Peter Traigle; Lane Franks and Richard Hoffman,*" Docket No. 2019-0001190, Section D, effected by defendant Charlie Lusco's filing of his Notice of Removal to the U.S. District Court for the

1

Eastern District of Louisiana. Jonas Robertson submits this consent to removal in a limited capacity as an alleged corporate representative on behalf of Renaissance Group, Inc.[1]

Respectfully submitted,

_____
Jonas Robertson, individually
2301 Par 3 Drive
Harvey, Louisiana 70058
Phone: (504) 367-4000
Facsimile: (504) 367-6741
E-Mail: pastorjonasrobertson@yahoo.com

---

[1] Robertson hereby reserves all defenses relating to jurisdiction, service of process, venue, and any other defenses that may be available to him pursuant to the Louisiana Code of Civil Procedure and/or the Federal Rules of Civil Procedure. As described in Paragraph 8 of the Notice of Removal, none of the Renaissance Entities were formed or organized in the State of Louisiana. These entities were formed in Liberia, West Africa. The Louisiana Secretary of State's website does not show any of the defendant-Renaissance Entities as formed or registered to do business in Louisiana. Service on Robertson was not proper pursuant to La. C.C.P. arts. 737, 739 or 740.