

# SECRETARY OF STATE

Search - "Renaissance Group."
No such entity exists in Louisiana.

(https://www.sos.la.gov/Pages/default.aspx)

## Search for Louisiana Business Filings

Search Disclaimer    Search Instructions

\* indicates required fields

Active records are shown in **Bold**.

Total Results: 10

| Name | Type | City | Detail |
|---|---|---|---|
| THE RENAISSANCE GROUP LLC | Limited Liability Company | NEW ORLEANS | Details |
| RENAISSANCE CONSTRUCTION GROUP, LLC | Limited Liability Company | DESTREHAN | Details |
| **RENAISSANCE DEVELOPMENT GROUP, L.L.C.** | Limited Liability Company | COVINGTON | Details |
| RENAISSANCE INVESTMENT GROUP, L.L.C. | Limited Liability Company | NEW ORLEANS | Details |
| **RENAISSANCE MULTI-MEDIA GROUP, LLC** | Limited Liability Company | BATON ROUGE | Details |
| **RENAISSANCE PROPERTY GROUP LLC** | Limited Liability Company (Non-Louisiana) | KIRKWOOD | Details |
| **RENAISSANCE PUBLIC RELATIONS GROUP, THE** | Trade Name | BATON ROUGE | Details |
| RENAISSANCE PUBLISHING GROUP, L.L.C. | Limited Liability Company | BATON ROUGE | Details |
| **BAYOU RENAISSANCE GROUP, L.L.C.** | Limited Liability Company | SHREVEPORT | Details |
| RIVER PARISH RENAISSANCE GROUP, LLC | Limited Liability Company | METAIRIE | Details |

New Search | View Shopping Cart

© 2019 Louisiana Department of State

**EXHIBIT C**



# SECRETARY OF STATE

Search - "Renaissance, Inc."
This is the only "Renaissance, Inc." in LA; no affiliation to Jonas Robertson.

(https://www.sos.la.gov/Pages/default.aspx)

Search for Louisiana Business Filings

| Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record | |
|---|---|---|---|
| **Name** | **Type** | **City** | **Status** |
| RENAISSANCE, INC. | Business Corporation | BATON ROUGE | Inactive |

**Previous Names**

Business: RENAISSANCE, INC.
Charter Number: 34255119D
Registration Date: 1/14/1988

**Domicile Address**
744 NAPOLEON STREET
BATON ROUGE, LA 70802

**Mailing Address**
744 NAPOLEON STREET
BATON ROUGE, LA 70802

**Status**
Status: Inactive
Inactive Reason: Action by Secretary of State
File Date: 1/14/1988
Last Report Filed: N/A
Type: Business Corporation

**Registered Agent(s)**

| Agent: | DREW M. LOUVIERE |
|---|---|
| Address 1: | 744 NAPOLEON ST. |
| City, State, Zip: | BATON ROUGE, LA 70802 |
| Appointment Date: | 1/14/1988 |

Additional Officers: No

Officer(s)

| Officer: | THAD GARRETT |
|---|---|
| Title: | Director |
| Address 1: | 744 NAPOLEON ST. |
| City, State, Zip: | BATON ROUGE, LA 70802 |
| Officer: | CLAUDE DORNIER |
| Title: | Director |
| Address 1: | 744 NAPOLEON ST. |
| City, State, Zip: | BATON ROUGE, LA 70802 |
| Officer: | MALCOLM LANDRY |
| Title: | Director |
| Address 1: | 744 NAPOLEON ST. |
| City, State, Zip: | BATON ROUGE, LA 70802 |

**Amendments on File (1)**

| Description | Date |
|---|---|
| Revoked | 5/15/1998 |

Back to Search Results | New Search | View Shopping Cart

© *2019 Louisiana Department of State*



# SECRETARY OF STATE

**Search - "Renaissance Group, Inc."
No such entity exists in Louisiana.**

(https://www.sos.la.gov/Pages/default.aspx)

## Search for Louisiana Business Filings

Search Disclaimer    Search Instructions

\* indicates required fields

Active records are shown in **Bold**.

Total Results: 10

| Name | Type | City | Detail |
|---|---|---|---|
| THE RENAISSANCE GROUP LLC | Limited Liability Company | NEW ORLEANS | Details |
| RENAISSANCE CONSTRUCTION GROUP, LLC | Limited Liability Company | DESTREHAN | Details |
| RENAISSANCE DEVELOPMENT GROUP, L.L.C. | Limited Liability Company | COVINGTON | Details |
| RENAISSANCE INVESTMENT GROUP, L.L.C. | Limited Liability Company | NEW ORLEANS | Details |
| **RENAISSANCE MULTI-MEDIA GROUP, LLC** | Limited Liability Company | BATON ROUGE | Details |
| **RENAISSANCE PROPERTY GROUP LLC** | Limited Liability Company (Non-Louisiana) | KIRKWOOD | Details |
| RENAISSANCE PUBLIC RELATIONS GROUP, THE | Trade Name | BATON ROUGE | Details |
| RENAISSANCE PUBLISHING GROUP, L.L.C. | Limited Liability Company | BATON ROUGE | Details |
| **BAYOU RENAISSANCE GROUP, L.L.C.** | Limited Liability Company | SHREVEPORT | Details |
| RIVER PARISH RENAISSANCE GROUP, LLC | Limited Liability Company | METAIRIE | Details |

New Search | View Shopping Cart

© 2019 Louisiana Department of State



# SECRETARY OF STATE

(https://www.sos.la.gov/Pages/default.aspx) Search for Louisiana Business Filings

Search Disclaimer    Search Instructions

\* indicates required fields

Active records are shown in **Bold.**

**Total Results: 23**

GET HELP

| Name | Affiliation | City | Detail |
|---|---|---|---|
| ROBERTSON, JONAS | Secretary/Treasurer of "PERFORMANCE MINERAL RESOURCES, INC." | HARVEY | Details |
| ROBERTSON, JONAS | Director of "PERFORMANCE MINERAL RESOURCES, INC." | HARVEY | Details |
| ROBERTSON, JONAS | Director of "ISAIAH 45:3, INC." | HARVEY | Details |
| ROBERTSON, JONAS | Member of "EXCITING LIGHTING, L.L.C." | HARVEY | Details |
| ROBERTSON, JONAS | Secretary/Treasurer of "DIVINE INVENTIONS, INC." | HARVEY | Details |
| ROBERTSON, JONAS | Director of "DIVINE INVENTIONS, INC." | HARVEY | Details |
| ROBERTSON, JONAS | Director of "EXCITING HOLDINGS, INC." | HARVEY | Details |
| ROBERTSON, JONAS | Secretary/Treasurer of "KYLE BRANCH HUNTING CLUB" | HARVEY | Details |
| ROBERTSON, JONAS | Director of "KYLE BRANCH HUNTING CLUB" | HARVEY | Details |
| ROBERTSON, JONAS | President of "TURNING HEARTS PRODUCTIONS, INC." | HARVEY | Details |
| ROBERTSON, JONAS | Director of "TURNING HEARTS PRODUCTIONS, INC." | HARVEY | Details |
| ROBERTSON, JONAS | Agent of "EXCITING HOLDINGS, INC." | HARVEY | Details |
| ROBERTSON, JONAS | Agent of "DIVINE INVENTIONS, INC." | HARVEY | Details |
| ROBERTSON, JONAS | Agent of "TURNING HEARTS PRODUCTIONS, INC." | HARVEY | Details |
| ROBERTSON, JONAS J. | President of "CURSE FREE TV, INC." | HARVEY | Details |
| ROBERTSON, JONAS J. | Director of "CURSE FREE TV, INC." | HARVEY | Details |
| ROBERTSON, JONAS J. | Member of "CURSE FREE T.V., L.L.C." | HARVEY | Details |
| ROBERTSON, JONAS J. | Director of "GIVE HOPE, INCORPORATED" | HARVEY | Details |
| ROBERTSON, JONAS J. | Member of "JPT AUTO SALES, LLC" | HARVEY | Details |
| ROBERTSON, JONAS J. | Agent of "CURSE FREE TV, INC." | HARVEY | Details |
| ROBERTSON, JONAS J. | Agent of "CURSE FREE T.V., L.L.C." | HARVEY | Details |
| ROBERTSON, JONAS J. | Agent of "JPT AUTO SALES, LLC" | HARVEY | Details |
| ROBERTSON, JONAS J. | Agent of "THE CHURCH OF ABUNDANT LIFE AT HARVEY" | HARVEY | Details |

New Search | View Shopping Cart

© *2019 Louisiana Department of State*

GET HELP