TWENTY-FIRST JUDICIAL DISTRICT COURT FOR THE
PARISH OF TANGIPAHOA

STATE OF LOUISIANA

DOCKET NO. 2019-0001190                  DIV. "D"

CAMERON GAMBLE

VERSUS

RENAISSANCE GROUP, RENAISSANCE GROUP, INC., RENAISSANCE, INC.,
CHARLIE LUSCO, PETER TRAIGLE, JONAS ROBERTSON, LANE FRANKS,
RICHARD HOFFMAN

FILED:_____        _____
                                                  DEPUTY CLERK

### NOTICE OF FILING NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes defendant, Charlie Lusco, who hereby notifies this Court that he has filed a Notice of Removal of the captioned matter in the U.S. District Court for the Eastern District of Louisiana, a copy of which is attached hereto as "Exhibit 1." Accordingly, pursuant to the provisions of 28 U.S.C. §1446, this Court shall proceed no further unless the case is remanded.

                                                Respectfully submitted,

                                                BAKER, DONELSON, BEARMAN
                                                CALDWELL & BERKOWITZ

                                                _____
                                                MATTHEW S. CHESTER (La. Bar No. 36411)
                                                COLLEEN C. JARROTT (La. Bar No. 30839)
                                                201 St. Charles Avenue, Suite 3600
                                                New Orleans, Louisiana 70170
                                                Telephone: (504) 566-5200
                                                Facsimile: (504) 636-4000
                                                mchester@bakerdonelson.com
                                                cjarrott@bakerdonelson.com

                                                **ATTORNEYS FOR DEFENDANT,
                                                CHARLIE LUSCO**

EXHIBIT D

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been forwarded to all counsel of record by depositing a copy of same in the United States Mail, properly addressed, and first-class postage prepaid and/or via electronic mail on this 23rd day of May, 2019.

COLLEEN C. JARROTT