## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CAMERON GAMBLE** | * | **CIVIL ACTION NO.: 2:2019-cv-10661** |
| | * | |
| Plaintiff, | * | |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE:  SUSIE MORGAN** |
| | * | |
| | * | |
| **RENAISSANCE GROUP;** | * | |
| **RENAISSANCE GROUP, INC.;** | * | **MAGISTRATE JUDGE:  MICHAEL B. NORTH** |
| **RENAISSANCE, INC.;** | * | |
| **CHARLIE LUSCO;** | * | |
| **JONAS ROBERTSON;** | * | |
| **PETER TRAIGLE;** | * | |
| **LANE FRANKS; AND** | * | |
| **RICHARD HOFFMAN** | * | |
| | * | |
| Defendants. | * | |

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO PLEAD PURSUANT TO LOCAL RULE 7.8 AND FRCP 6(b)(1)(A), AND REQUEST FOR EXPEDITED CONSIDERATION

NOW INTO COURT, through undersigned counsel, comes Charlie Lusco, individually, ("Lusco"), who without waiving and specifically reserving all rights, defenses, and objections, hereby moves this Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7.8, for entry of an Order granting a 21-day extension of time, until Thursday, June 20, 2019, for Lusco to answer, object, present defenses, or otherwise file responsive pleadings.

1.      Plaintiff, Cameron Gamble, filed his petition for damages on April 17, 2019 in the Twenty-First Judicial District Court for the Parish of Tangipahoa, State of Louisiana (Docket No. 2019-0001190).

2.      Lusco was served with the petition on April 23, 2019.  Co-defendant, Jonas Robertson, was also served on April 23, 2019 in his individual capacity and as the purported representative of Renaissance Group, Renaissance Group, Inc., and Renaissance Inc.

3.      Upon information and belief, none of the other defendants named in the petition--Peter Traigle, Lane Franks and Richard Hoffman--have been served.

4.      On May 23, 2019, Lusco removed the state court proceeding to this Court.  Jonas Robertson provided his consent to the removal.

5.      The deadline for answering and/or filing a responsive pleading is seven (7) days following the filing of the Notice of Removal.  Thus, said deadline for Lusco and Robertson is Thursday, May 30, 2019.  Given that short timeframe, Lusco hereby requests expedited consideration of this motion for extension of time to answer, object, present defenses, or otherwise file responsive pleadings.

6.      Lusco requests a 21-day extension of time to and through Thursday, June 20, 2019 to answer, object, present defenses, or file responsive pleadings.

7.      This is the first request for an extension of time sought in this Court.

8.      In accordance with Local Rule 7.8, Lusco certifies that undersigned counsel has not requested a prior extension of time to plead and that plaintiff's counsel, as of the date of this filing, has not filed an objection into the record.[1]

**WHEREFORE**, Lusco respectfully requests that this Court grant its Motion for an extension of time through and until Thursday, June 20, 2019, to file responsive pleadings.

---

[1] However, it should be noted that when undersigned counsel reached out to plaintiff's counsel about the filing of this motion on May 28, 2019, opposing counsel would not consent to the filing of this motion for extension of time to plead.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ**


_____/s/ Colleen C. Jarrott_____
MATTHEW S. CHESTER (La. Bar No. 36411)
COLLEEN C. JARROTT (La. Bar No. 30839)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
cjarrott@bakerdonelson.com
mchester@bakerdonelson.com

**ATTORNEYS FOR DEFENDANTS,
CHARLIE LUSCO and PETER TRAIGLE**


<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been forwarded to all
counsel of record by depositing a copy of same in the United States Mail, properly addressed,
and first-class postage prepaid and/or via electronic mail on this 29th day of May, 2019.


_____/s/ Colleen C. Jarrott_____
COLLEEN C. JARROTT