UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



FILED MAY 29 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| CAMERON GAMBLE | * | CIVIL ACTION NO. 2019-10661 |
| VS. | * | JUDGE SUSIE MORGAN |
| RENAISSANCE GROUP, ET AL | * | MAGISTRATE JUDGE M. NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION & ORDER FOR EXTENSION OF TIME**

I, Defendant Jonas Robertson, acting *pro se*, move this court to grant me an extension of time within which to respond to the original petition or file a motion for dismissal of the original petition brought by Cameron Gamble. I rely on this court's local Rule 7.8 to ask for a 21 day extension of time to respond.

I need more time to find and retain an attorney to represent me in this matter. The attorney I first consulted on this matter whom I thought would represent me, has just informed me that she was unable to do so because of a conflict of interest.

Pursuant to Local Rule 7.8, I certify that this is my first request for an extension of time in this matter. The opposing party has not filed any objection to my request.

I move this court to grant my request.

Jonas Robertson
2521 orbit ct
Harvey, La. 70058
504-338-5093

Respectfully submitted:

*[signature]*

Jonas Robertson (*Pro Se*)
~~Defendant~~.

05/29/2019

1

## CERTIFICATE OF SERVICE

I certify that a copy of this motion has been served on all parties of record through their attorneys of record on this 29th day of May, 2019 by US Mail, first class postage prepaid.

_____
Jonas Robertson