UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CAMERON GAMBLE** | * | **CIVIL ACTION NO.: 2:2019-cv-10661** |
| | * | |
| Plaintiff, | * | |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE:  SUSIE MORGAN** |
| | * | |
| | * | |
| **RENAISSANCE GROUP;** | * | |
| **RENAISSANCE GROUP, INC.;** | * | **MAGISTRATE JUDGE:  MICHAEL B. NORTH** |
| **RENAISSANCE, INC.;** | * | |
| **CHARLIE LUSCO;** | * | |
| **JONAS ROBERTSON;** | * | |
| **PETER TRAIGLE;** | * | |
| **LANE FRANKS; AND** | * | |
| **RICHARD HOFFMAN** | * | |
| | * | |
| Defendants. | * | |

## ORDER

Considering Charlie Lusco's ("Lusco") Motion for Extension of Time to File Responsive Pleadings, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7.8, and request for expedited consideration ("Motion"),

**IT IS ORDERED** that the Motion be and hereby is **GRANTED**, and that Lusco shall have through and to Thursday, June 20, 2019 to answer, object, present defenses, or otherwise file responsive pleadings.

**New Orleans, Louisiana, this 29th day of May, 2019.**

_____
UNITED STATES DISTRICT JUDGE