# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CAMERON GAMBLE,**<br>   Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-10661** |
| **RENAISSANCE GROUP, ET AL.,**<br>   Defendants | **SECTION "E" (5)** |

## ORDER

Considering the *ex parte* motion for extension of time to answer, filed by Defendant Jonas Robertson;

**IT IS ORDERED** that the motion be and hereby is **GRANTED**. Defendant Jonas Robertson is granted an additional 21 days to file a response in this matter.

**New Orleans, Louisiana, this 29th day of May, 2019.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**