UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CAMERON GAMBLE** | * | **CIVIL ACTION NO.: 2:2019-cv-10661** |
| | * | |
| Plaintiff, | * | |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE: HON. WENDY B. VITTER** |
| | * | |
| | * | |
| **RENAISSANCE GROUP;** | * | |
| **RENAISSANCE GROUP, INC.;** | * | **MAGISTRATE JUDGE: MICHAEL B. NORTH** |
| **RENAISSANCE, INC.;** | * | |
| **CHARLIE LUSCO;** | * | |
| **JONAS ROBERTSON;** | * | |
| **PETER TRAIGLE;** | * | |
| **LANE FRANKS; AND** | * | |
| **RICHARD HOFFMAN** | * | |
| | * | |
| Defendants. | * | |

**CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. §1447(b)**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Charlie Lusco ("Lusco"), who respectfully submits the following response/certification in accordance with 28 U.S.C. §1447(b) and this Court's order dated May 24, 2019 (Rec. Doc. No. 4).

**1.      List of Parties Remaining in this Action**

The parties that remain in this action are as follows:

a. Charlie Lusco (served on April 23, 2019) - represented by Matthew S. Chester and Colleen C. Jarrott, Baker Donelson, 201 St. Charles Avenue, Suite 3600, New Orleans, Louisiana 70170 (504) 566-5200.

b. Jonas Robertson (served on April 23, 2019) - *Pro se*.

c. Renaissance Group (served on April 23, 2019 through Jonas Robertson).

d. Renaissance, Inc. (same).

e. Renaissance Group, Inc. (same).

1

f.  Peter Traigle, Lane Franks and Richard Hoffman have not been served as of the date of this filing.

**2.  Pleadings Filed by Parties in State Court**

Lusco attached all documents available in the state court record as Exhibit "A" to his Notice of Removal, filed on May 23, 2019. The only additional document included in the state court record since the filing of removal was Lusco's Notice of Filing of Notice of Removal, which is attached hereto as Exhibit 1. No defendant has filed an answer in this case to date. All pleadings and other documents in the state court record are itemized below.

| Date of Filing | Description | Page No. of Ex. A to Notice of Removal |
|---|---|---|
| 4-17-2019 | Petition for Damages | 1-9 |
| 4-16-2019 | Cover letter for Petition | 10 |
| 4-23-2019 | Citation - Renaissance Group | 11-12 |
| 4-23-2019 | Citation - Renaissance Group, Inc. | 13-14 |
| 4-23-2019 | Citation - Renaissance, Inc. | 15-16 |
| 4-23-2019 | Citation - Charlie Lusco | 17-19 |
| 4-23-2019 | Citation - Jonas Robertson | 20 |
| 4-23-2019 | Citation - Peter Traigle (attempted service) | 21-22 |
| 4-17-2019 | Long Arm Citation - Lane Franks | 23 |
| 4-17-2019 | Long Arm Citation - Richard Hoffman | 24 |
| 4-17-2019 | Plaintiff's First Set of Written Discovery to Renaissance Group | 25-45 |
| 4-17-2019 | Plaintiff's First Set of Written Discovery to Renaissance | 46-66 |

| Date of Filing | Description | Page No. of Ex. A to Notice of Removal |
|---|---|---|
|  | Group, Inc. |  |
| 4-17-2019 | Plaintiff's First Set of Written Discovery to Renaissance, Inc. | 67-87 |
| 4-17-2019 | Plaintiff's First Set of Written Discovery to Charlie Lusco | 88-105 |
| 4-17-2019 | Plaintiff's First Set of Written Discovery to Jonas Robertson | 106-123 |
| 4-17-2019 | Plaintiff's First Set of Written Discovery to Peter Traigle | 124-141 |
| 4-17-2019 | Plaintiff's First Set of Written Discovery to Lane Franks | 142-159 |
| 4-17-2019 | Plaintiff's First Set of Written Discovery to Richard Hoffman | 160-177 |
| 4-18-2019 | Cover Letter enclosing check for filing | 178 |
| 5-2-2019 | Notice of Unserved Papers - Attempts to Serve Peter Traigle (3) | 179 |
| 5-2-2019 | Notice of Service - Renaissance Group, Inc. | 180 |
| 5-2-2019 | Notice of Service - Renaissance Group | 181 |
| 5-2-2019 | Notice of Service - Jonas Robertson | 182 |
| 5-2-2019 | Notice of Service - Charlie Lusco | 183 |
| 5-2-2019 | Notice of Service - Renaissance, Inc. | 184 |

**3.     Returns of Service**

The returns of service that have been noted in the state court record are identified above. The defendants that have been served in this matter are: (1) Charlie Lusco (Citation, at pp. 17-19 above), (2) Jonas Robertson (Citation, at p. 20 above), (3) Renaissance Group, Inc. (Citation, at pp. 13-14 above), (4) Renaissance Group (Citation, at pp. 11-12 above), and (5) Renaissance, Inc. (Citation, at pp. 15-16 above).

Respectfully submitted,

**BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ**

   /s/ Matt Chester
MATTHEW S. CHESTER (La. Bar No. 36411)
COLLEEN C. JARROTT (La. Bar No. 30839)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
cjarrott@bakerdonelson.com
mchester@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT,
CHARLIE LUSCO**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been forwarded to all counsel of record by depositing a copy of same in the United States Mail, properly addressed, and first-class postage prepaid and/or via electronic mail on this 7th day of June, 2019.

   /s/ Matt Chester
MATTHEW S. CHESTER