REPUBLIC OF LIBERIA )
MONTSERRADO COUNTY )

# ARTICLES OF INCORPORATION
# OF
# RENAISSANCE INC.

We, the undersigned, for the purpose of forming a Business Corporation, Pursuant to the Provisions of the Liberian Codes of Law Revised Volume II Title Five (5) Association Law make, subscribe, acknowledge, and file into the Office of the Registrar of the Liberia Business Registrar Republic of Liberia this Instrument for the purpose as follows:

## ARTICLE I

The name if the Business (hereinafter referred to as the "Corporation") shall be: Renaissance Inc.

## ARTICLE II

The general nature of business to be undertaken and performed by the Corporation and the purposes for which this corporation is formed are as follows:

1. To engage in the processing and production of timbers, and the exportation and sales of the finish products, including General Logging and Timber activities,

2. To mine, explore, extract, purchase, sell, import, export, cut and polish, and otherwise prepare for market, exchange, and otherwise deal in iron ore, steel, gold diamonds and in all kinds of ore, metals and minerals, in the products and by-product of every kind and description and whatever process,

3. To engage in mineral exploration,

4. To engage mine and act as agent for other entities of similar objectives,

5. To engage in the importation of mining equipment,

6. To enter into all kinds of contracts, contract rights, contract obligations and other agreements with agency or municipality of the government of Liberia, or the government of Liberia itself in connection with any rights, concessions privilege, licensee, Permission, patents and other such things which may be necessary for the operations of the corporation and its business activities,

7. To engage in the sale of Gold, Diamond and other mineral related activities,

8. To engage in the import and export of general commodities,

9. To engage in the importation and sale of used cars new cars, vehicles, trucks, pick-up, used and new types, and transportation service activities,

10. To engage in the importation and sales of General Merchandise business including used clothing and in connection therewith to buy, sell, offer for sale, distribute, market and trade in and deal with at wholesale or retail, and in

**EXHIBIT 1**

11. To engage in farming and agricultural production of any and all kinds and in connection therewith, to own, lease, and deal in and with farms, farmlands, and their likes. To develop, trade in and deal with exportation of rubber, importing materials for the processing of rubber products, and other agricultural produce such as cocoa, coffee, animal husbandry, etc.

12. To engage in the architectural and engineering activities and related technical consultancy.

13. To engage in the Sales of Petroleum Products and providing communications and telecommunications services, including wireless and or internet communication services. In furtherance of this objective to open, establish and operate internet cafes in such places within the Republic of Liberia, it shall deem it necessary and commercial feasible. To import, market, sell, distribute, install and service communications and telecommunication equipments.

14. To engage in maintenance, improvement, rebuilding, and engineering business in connection therewith to build apartments and other buildings.

15. To do any and all such other acts and activities, engage in any and all other businesses and perform any and all other functions as a Corporation in Liberia legally and lawfully do and perform.

## ARTICLE III

The Principal Address of the Corporation shall be: **Monrovia, Broad Street, Grisby Building Republic of Liberia,** West Africa, and the name and address of the Registered Agent is Aaron George of the same addressed

## ARTICLE IV

The maximum number of shares of stock that the Corporation is authorized to issue and have outstanding at any time is 100 (One Hundred) shares of common stock of no par value. The names of the subscribers to the Corporation shares are as follows:

| NAME | NO. OF SHARES % |
|---|---|
| 1. Aaron George | 50% |
| 2. Jonas Robertson | 50% |

## ARTICLE V

The names and Post Office Address of the Incorporators of the Corporation are as follow:

| NAME | ADDRESS |
|---|---|
| 1. Aaron George | Monrovia, Liberia |
| 2. Jonas Robertson | ʺ |

## ARTICLE VI

The initial investment capital of the Corporation shall be not less than $50,000.00 (Fifty Thousand Dollars), in currency legally circulating in the Republic of Liberia or other capital of equivalent value.

## ARTICLE VII

The Corporation shall not indemnify any of its directors or any person(s) who may have served at its request unless the act of Directors, Officers and person(s) in performance of

## ARTICLE VIII

The number of person constituting the Board of Directors of the Corporation at any time shall consist of not less than three (3) persons.

## ARTICLE IX

The Corporation shall have a perpetual existence and shall sue or be sued.

## ARTICLE X

The Corporation reserves the right to amend, alter, change or repeal any provision(s) contained in this Certificate of Incorporation, in the manner now or hereafter prescribed by the Liberian Corporation Laws and rights conferred upon the shareholders and Incorporators herein are granted subject to this reservation.

## ARTICLE XI

The existence of the Corporation shall commence as of the date of the filing of the Articles of Incorporation with the office of the Registrar of the Liberia Business Registry.

IN WITNESS WHEREOF, WE, the undersigned have made, subscribed and acknowledged this Instrument this 20th Day of July A. D. 2017.

IN THE PRESENCE OF:

INCORPORATOR:

_____  
Aaron George

_____  
Jonas Robertson

NOTARY CERTIFICATE ATTACHED.