UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAMERON GAMBLE | * | CIVIL ACTION NO. 2:19-cv-10661 |
|    Plaintiff | * | |
| | * | |
| VERSUS | * | DISTRICT JUDGE WENDY B. VITTER |
| | * | |
| RENAISSANCE GROUP, ET AL | * | |
|    Defendants | * | MAG. JUDGE MICHAEL B. NORTH |

## MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, CAMERON GAMBLE, who moves to remand this case back to state Court. The grounds for the Motion are set forth in the attached Memorandum.

RESPECTFULLY SUBMITTED:

**MORROW, MORROW, RYAN, BASSETT & HAIK**

  /s/ James P. Ryan
JAMES P. RYAN (#11560)
P. CRAIG MORROW (#23536)
Post Office Drawer 1787
Opelousas, LA 70571-1787
Telephone: (337) 948-4483
Fax: (337) 942-5234
craigm@mmrblaw.com
jamesr@mmrblaw.com


**ANDERSON, BOUTWELL, TRAYLOR**
J. THOMAS ANDERSON (#2464)
607 W. Morris Avenue
Hammond, LA  70403
Telephone:  (985) 796-2245
tom@abjustice.com

**EDWARDS & STEVENS**
BRADLEY A. STEVENS (#30076)
Post Office Box 974
Amite, LA  70422
Telephone:  (985) 747-1088
Fax:  (985-747-1086
brad@edwardsandstevens.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

    /s/ James P. Ryan