UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAMERON GAMBLE | * | CIVIL ACTION NO. 2:19-cv-10661 |
|    Plaintiff | * | |
| | * | |
| VERSUS | * | DISTRICT JUDGE WENDY B. VITTER |
| | * | |
| RENAISSANCE GROUP, ET AL | * | |
|    Defendants | * | MAG. JUDGE MICHAEL B. NORTH |

## **ORDER**

On this day came to be heard Plaintiff's Motion to Remand in this action and the Court, after careful consideration of same and being of the opinion that said motion should be in all things **GRANTED**, it is therefore,

**ORDERED** that this case is **REMANDED** to the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana.

Signed in New Orleans, Louisiana, this ____ day of _____, 2019.

 

_____
UNITED STATES DISTRICT JUDGE