# Cindy Bellard

| | |
|---|---|
| **From:** | Jarrott, Colleen <cjarrott@bakerdonelson.com> |
| **Sent:** | Monday, June 24, 2019 3:31 PM |
| **To:** | Jim Ryan |
| **Cc:** | Chester, Matt |
| **Subject:** | RE: Cameron Gamble v. Renaissance Group, etal |

Jim,

Good afternoon. We have considered your request to continue the submission date for the motion to dismiss (currently set for July 16, 2019). We consent to the motion to continue. Please note we will be filing an opposition to the motion to remand and we will file same in accordance with the local rules. Please let me know if you have any questions.

Regards,
Colleen

**Colleen C. Jarrott**
Of Counsel

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
Direct: 504.566.8664
Cell: 504.235.6944
Fax: 504.636.3964
E-mail: cjarrott@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina,
Tennessee, Texas, Virginia, and Washington, D.C.

**Baker Donelson – Proud to be one of FORTUNE's "100 Best Companies to Work For®" Nine Years in a Row!**

> **From:** Jarrott, Colleen
> **Sent:** Friday, June 21, 2019 1:27 PM
> **To:** Jim Ryan
> **Cc:** Chester, Matt
> **Subject:** Re: Cameron Gamble v. Renaissance Group, etal
>
> Jim,
>
> Thanks for your e-mail. I am out of the office. Will consider your request and get back to you on Monday.
>
> Sent from my iPhone
>
> On Jun 21, 2019, at 11:47 AM, Jim Ryan <jamesr@mmrblaw.com> wrote:
>
>> Colleen and Matt:



1

I filed a Motion to Continue your Motion to Dismiss and mistakenly filed it as a exparte/consent motion.

Before I correct the filing, I was wondering if you would agree to continue your Motion to Dismiss pending resolution of the Motion to Remand. If so, then my representation to the Clerk that this is a exparte/consent motion would be correct.

Please advise,
Jim



**JAMES P. RYAN**
324 W. Landry St. / P. O. Drawer 1787
Opelousas, LA 70571-1787
*Toll free 800-356-6776*
*337-948-4483 / fax 337-942-5234*
www.mmrblawoffice.com
jamesr@mmrblaw.com

NOTICE: This E-mail (including attachments) is confidential, covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and may contain attorney-client materials and/or attorney work product, legally privileged and protected from disclosure. This e-mail is intended only for the addressee named above. If you are not the intended recipient, please note that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender if you have received the message in error, then delete it and any and all copies. Thank you.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail so that our address record can be corrected. Thank you very much.