U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN 20 2019
WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAMERON GAMBLE | CIVIL ACTION NO.: 2019-10661 |
| VERSUS | JUDGE: WENDY B. VITTER (D) |
| RENAISSANCE GROUP, ET AL | MAGISTRATE: MICHAEL B. NORTH (5) |

# SECOND MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

I, Defendant Jonas Robertson, acting pro se, move this court to grant me a second extension of time within which to respond to the original petition brought by Cameron Gamble. I am in the final stages of retaining counsel, after which they will need time to review the pleadings, investigate the allegations, and draft a response on my behalf. I rely on FRCP 6(b)(1)(A) and this court's local Rule 7.8 to respectfully request an additional 21 day extension of time to respond, and I contend that good cause exists for the granting of such an extension.

This Second Motion for Extension of Time by no means is meant to delay this case nor to impede the lawsuit but simply is to allow adequate time for hiring counsel and having them perform the work necessary to file a response on my behalf.

WHEREFORE, Defendant Jonas Robertson prays this court find good cause for this request and grant him an additional 21 days to file his response to the original petition.

Respectfully submitted:

Submitted on: 06/20/2019

Jonas Robertson
2521 Orbit Court
Harvey, LA 70058
Phone: 504-338-5093

____ Fee ________
____ Process ________
X Dktd ________
____ CtRmDep ________
____ Doc. No. ________

**CERTIFICATE OF SERVICE**

I certify that a copy of this motion has been served on all parties of record through their attorneys of record on this 20th day of June, 2019 by US Mail, first class postage prepaid.

Jonas Robertson