UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAMERON GAMBLE | * | CIVIL ACTION NO. 2:19-cv-10661 |
|    Plaintiff | * | |
| | * | |
| VERSUS | * | DISTRICT JUDGE WENDY B. VITTER |
| | * | |
| RENAISSANCE GROUP, ET AL | * | |
|    Defendants | * | MAG. JUDGE MICHAEL B. NORTH |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR EXPEDITED CONSIDERATION**

MAY IT PLEASE THE COURT:

On June 20, 2019, Defendant, Charlie Lusco filed a Motion to Dismiss [Doc. 12] which has been set for submission on July 16, 2019.

On June 20, 2019, Plaintiff filed a Motion to Remand [Doc. 13] which has been set for submission on July 16, 2019,

On June 21, 2019, Plaintiff filed a Motion to Continue [Doc. 16] Defendant's Motion on the grounds that hearing of this Motion should be deferred until the Court Rules on Plaintiff's Remand Motion.

Plaintiff requests expedited consideration of the Motion to Continue [Doc. 16] so that consideration of Defendant's Motion to Dismiss [Doc. 12] can be postponed until after a ruling on Plaintiff's Motion to Remand [Doc. 13].

1

RESPECTFULLY SUBMITTED:

**MORROW, MORROW, RYAN, BASSETT & HAIK**

  /s/ James P. Ryan
JAMES P. RYAN (#11560)
P. CRAIG MORROW (#23536)
Post Office Drawer 1787
Opelousas, LA 70571-1787
Telephone: (337) 948-4483
Fax: (337) 942-5234
craigm@mmrblaw.com
jamesr@mmrblaw.com

**ANDERSON, BOUTWELL, TRAYLOR**
J. THOMAS ANDERSON (#2464)
607 W. Morris Avenue
Hammond, LA  70403
Telephone:  (985) 796-2245
tom@abjustice.com

**EDWARDS & STEVENS**
BRADLEY A. STEVENS (#30076)
Post Office Box 974
Amite, LA  70422
Telephone:  (985) 747-1088
Fax:  (985-747-1086
brad@edwardsandstevens.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

  /s/ James P. Ryan