UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAMERON GAMBLE | * | CIVIL ACTION NO. 2:19-cv-10661 |
| Plaintiff | * | |
| | * | |
| VERSUS | * | DISTRICT JUDGE WENDY B. VITTER |
| | * | |
| RENAISSANCE GROUP, ET AL | * | |
| Defendants | * | MAG. JUDGE MICHAEL B. NORTH |

**MOTION TO SUPPLEMENT PLAINTIFF'S
MOTION TO CONTINUE [DOC. 16]**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, CAMERON GAMBLE, who respectfully seeks to supplement his Motion to Continue [Doc. 16] to reflect that since the Motion was filed, the defense has consented to the granting of the Motion to Continue. A copy of defense's consent to the granting of the Motion to Continue is attached as **Exhibit A**.

RESPECTFULLY SUBMITTED:

**MORROW, MORROW, RYAN, BASSETT & HAIK**

  /s/ James P. Ryan
JAMES P. RYAN (#11560)
P. CRAIG MORROW (#23536)
Post Office Drawer 1787
Opelousas, LA 70571-1787
Telephone: (337) 948-4483
Fax: (337) 942-5234
craigm@mmrblaw.com
jamesr@mmrblaw.com

**ANDERSON, BOUTWELL, TRAYLOR**
J. THOMAS ANDERSON (#2464)
607 W. Morris Avenue
Hammond, LA  70403
Telephone:  (985) 796-2245
tom@abjustice.com

**EDWARDS & STEVENS**
BRADLEY A. STEVENS (#30076)
Post Office Box 974
Amite, LA  70422
Telephone:  (985) 747-1088
Fax:  (985-747-1086
brad@edwardsandstevens.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

    /s/ James P. Ryan